UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT, | No. 2:22-cv-1774 MCE AC |
| Plaintiff, | |
| v. | ORDER |
| CHACKO AREECHIRAYIL THOMAS; T &T INVESTMENT GROUP, INC dba CHEVRON aka EMIL'S LIQUOR & SPORTSHOP, | |
| Defendants. | |

Plaintiff filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On May 8, 2023, the magistrate judge filed findings and recommendations, which were served on the parties and contained notice that any objections thereto were to be filed within 21 days. ECF No. 15. To date, no party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 8, 2023, (ECF No. 15) are ADOPTED in full;

1

      2. Plaintiff's March 15, 2023, motion for default judgment (ECF No. 13) is GRANTED;

      3. The Court enters judgment against the defendants on the complaint's claims in the amount of $6,722.28 (comprising $4,000.00 in statutory damages and $2,722.28 in attorney's fees and costs);

      4. Defendants shall make changes and accommodations at the subject Property located at or about 1405 California Street, Escalon, California 95320, in compliance with the Americans with Disabilities Act Accessibility Guidelines; and

      5. The Clerk of Court is directed to close the case.

      IT IS SO ORDERED.

Dated: July 18, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE